IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHON D. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-0655-TMH |
| ) | [WO] |
| GREGG JACKSON, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #5) filed on October 7, 2013 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) entered on September 24, 2013 is adopted;

3. Plaintiff's unlawful and illegal arrest and seizure claims is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff's § 1983 conspiracy claim is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

5. This case is DISMISSED prior to service of process.

DONE this 31st day of October, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE